FILED '06 SEP 28 17:26 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROLYN M. RIDGEWAY,

       Civil No. 05-313-KI

  Plaintiff,

vs.

       ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

  Defendant.

  Based upon the Stipulation of the parties, it is hereby

  ORDERED that attorney fees in the amount of $6200.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

  Dated this 28 day of Sept, 2006.

              /s/ Garr M. King
              Garr M. King
              UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/_____
Richard A. Sly, OSB #63074
1001 SW Fifth Ave, Suite 310
Portland, OR 97204
Telephone: (503) 224-0436
   Attorney for Plaintiff